# UNITED STATES DISTRICT COURT
## District of Kansas
(Topeka Docket)

**UNITED STATES OF AMERICA,**
        Plaintiff,

v.                                              Case No. 22-40021-TC

**GREGORY ALLEN GULLICK,**
    a.k.a. "Carlo D. Johnson," "XX Sky,"
        Defendant.

# SEALED INDICTMENT

**THE GRAND JURY CHARGES**:

## COUNT 1

**Possession with Intent to Distribute Methamphetamine**
**[21 U.S.C. § 841(a)(1)]**

On or about the February 25, 2021, in the District of Kansas, the defendant,

**GREGORY ALLEN GULLICK,**
**a.k.a. "Carlo D. Johnson," "XX Sky,"**

did knowingly, willfully and unlawfully possess with the intent to distribute 50 grams or more of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1); with reference

1

to Title 21, United States Code, Section 841(b)(1)(A), and Title 18, United States Code, Section 2.

**A TRUE BILL.**

  April 27, 2022                             s/*Foreperson*
       DATE                              FOREPERSON OF THE GRAND JURY

DUSTON J. SLINKARD
UNITED STATES ATTORNEY

By: *Gregory G. Hough*
GREGORY G. HOUGH, #12860
Assistant United States Attorney
District of Kansas
444 S.E. Quincy St., Suite 290
Topeka, Kansas 66683
Ph: (785) 295-2850
Fax: (785) 295-2853
Greg.hough@usdoj.gov

---

IT IS REQUESTED THAT THE TRIAL BE HELD IN TOPEKA, KANSAS

---

## PENALTIES

**Count 1:**

- Punishable by a term of imprisonment of not less than ten (10) years nor more life. 21 U.S.C. § 841(b)(1)(A).

- A term of supervised release of at least five (5) years. 21 U.S.C. § 841(b)(1)(A).

- A fine not to exceed $10 million. 21 U.S.C. § 841(b)(1)(A).

- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).

If the defendant commits such a violation after a prior conviction for a serious drug felony or serious violent felony has become final, the penalties are:

- A term of imprisonment of not less than fifteen (15) years and no more than life. 21 U.S.C. § 841(b)(1)(A).

- A term of supervised release of at least ten (10) years. 21 U.S.C. § 841(b)(1)(A).

- A fine not to exceed $20 million. 21 U.S.C. § 841(b)(1)(A).

- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).