## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

**UNITED STATES OF AMERICA**,
*Plaintiff*,

v.                                                          Case No. 5:22-cr-40021-TC-01

**GREGORY ALLEN GULLICK**,
*Defendant*.

_____

### ORDER

Defendant, Gregory Allen Gullick, requests permission for Dr. Gregory Nawalanic, Psy.D., a licensed psychologist, to perform a mental health evaluation of him via an in-person visit while he is detained at Shawnee County Detention Center ("Shawnee County"). Mr. Gullick seeks this evaluation to assist in resolving his felony charges herein. Mr. Gullick further requests that the evaluation occur at Shawnee County via an in-person visit on Tuesday, August 23, 2022, from 9:00 a.m. to 11:00 a.m. and that Dr. Gregory Nawalanic, Psy.D., be allowed a private, professional in-person visit. After reviewing, the Court grants the motion.

THE COURT THEREFORE ORDERS that Defendant's Motion for Professional Visit is GRANTED. Dr. Gregory Nawalanic, Psy.D., shall be allowed to evaluate Mr. Gullick via in-person visit at Shawnee County Detention Center on Tuesday, August 23, 2022, from 9:00 a.m. to 11:00 a.m. The evaluation shall occur in a private interview room such as one of the attorney/client visitation rooms.

IT IS SO ORDERED.

Dated:  August 17, 2022                           s/  Toby Crouse
                                                                    JUDGE TOBY CROUSE
                                                                    UNITED STATES DISTRICT JUDGE