## UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

| | | | |
|---|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Case Number: | **22-40021** |
| | ) | | |
| Plaintiff, | ) | | |
| **vs.** | ) | | |
| | ) | | |
| **GREGORY ALLEN GULLICK,** | ) | | |
| | ) | | |
| Defendant. | ) | | |
| _____ | ) | Date of Hearing: | **10/26/22** |

### CRIMINAL MINUTE SHEET – MOTION HEARING

| JUDGE: | **Hon. Toby Crouse, United States District Judge** |
|---|---|
| COURT REPORTER: | **Sherry Harris** |
| COURTROOM DEPUTY: | **Traci Anderson** |
| TOTAL TIME IN COURT: | **6 minutes** |

**APPEARANCES:**     parties appear:  **IN PERSON**
- UNITED STATES OF AMERICA:     **Greg Hough**
- DEFENDANT'S COUNSEL:     **Kirk Redmond**
- DEFENDANT:     ☒ In Custody – Present at hearing

**NATURE OF HEARING:**

**Defense counsel requests an additional 3 weeks in order to file a motion for pretrial release in front of Judge Schwartz and to fully review discovery and discuss next steps with defendant.   The Government does not object.  The Court sets a status conference for November 16, 2022, at 9:00 a.m. before Judge Crouse in Courtroom 401.**

**The Court makes ends of justice findings pursuant to 18 U.S.C. § 3161(h)(7)(A) and speedy trial time is excluded from today until 11/16/2022 as to Defendant Gullick.**

**Defendant remanded to the custody of the US Marshals.**